AO91 (Rev 8/01) Criminal Complaint

# United States District Court

United States Magistrate Court
D6-SDTX
FILED
OCT 1 0 2006

| SOUTHERN | DISTRICT OF | TEXAS | Michael N. Milby, Clerk |

Laredo Division

UNITED STATES OF AMERICA
V.

Raul CASTILLO Martinez
San Antonio, Texas
United States

Yesenia MARTINEZ Villarreal
San Antonio, Texas
United States

(Name and Address of Defendants)

CRIMINAL COMPLAINT

Case Number: L-06-MJ /641

FPD
50 K c/s   10/19/06   /641-2
Next atty   11:00 am
50 K c/s   AAF

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **October 6, 2006** in **Laredo, Texas** **Webb** County, in the **Southern** District of **Texas,** **Raul CASTILLO Martinez** and **Yesenia MARTINEZ Villarreal** defendant(s),

> both United States Citizens, did unlawfully transport Mexican aliens Ramon HERNANDEZ Fuentes and Esteban HERNANDEZ Fuentes by means of a motor vehicle within the Southern District of Texas knowing or in reckless disregard of the fact that said aliens had come to, entered, or remained in the United States in violation of law, and transported or moved said aliens within the United States by means of motor vehicle or otherwise, in furtherance of such violation of law.

in violation of Title **8** United States Code, Section(s) **1324 (a) (1) (A) (ii)**

I further state that I am a(n) **Senior Border Patrol Agent** and that this complaint is based on the
Official Title
following facts: based on statements of the accused and records of the Immigration & Naturalization Service.

Continued on the attached sheet and made a part of this complaint:   [X] Yes   [ ] No

Signature of Complainant

**Luis Uribe**
Printed Name of Complainant

Sworn to before me and signed in my presence,

**October 10, 2006**                              at   Laredo, Texas
Date                                                    City and State

**Diana Saldana**
U.S. Magistrate Judge
Name and Title of Judicial Officer                  Signature of Judicial Officer

Raul CASTILLO Martinez
Yesenia MARTINEZ Villarreal

**[CONT OF BASIS OF COMPLAINT]**

On October 06, 2006, Agents working the IH 35 United States Border Patrol checkpoint during an immigration inspection a Service canine alert to the presence of people and or narcotics in the trunk of a beige Chevrolet Impala. The vehicle was referred to the secondary inspection area. It was revealed that driver Raul Castillo Martinez and passenger Yesenia Martinez Villarreal both United States citizens were transporting 2 undocumented Mexican nationals Ramon Hernandez Fuentes and Esteban Hernandez Fuentes in the trunk of the Chevrolet Impala. All subjects were arrested and read their rights.

Driver Martinez did not make a statement.

Passenger Villarreal made the following statement that she and her husband came to Laredo, Texas on a bus from San Antonio, Texas to pick up a car from her mother.

Material witnesses Fuentes and Fuentes stated that they are related (brothers) and they made arrangements with an unknown man to have them both smuggled to San Antonio, Texas. Witnesses were guided across the river and taken to a car that was waiting for them, which drove them to a hotel in Laredo, Texas. Witnesses received a call from Yesenia Martinez instructing them to go to a gas station where they would pick them up. The car arrived at the gas station with Castillo Martinez driving and Martinez Villarreal as the passenger telling them to get into the car. Witnesses were enroute to the checkpoint when they were instructed to get into the trunk through the back seat and they did, once in the trunk Fuentes said the lady sealed them off by placing the seat back in place. Esteban Fuentes stated that he felt hot and it was hard to breathe in the trunk of the car. Both witnesses were to pay $2,250.00 (USD) each to Martinez and Villarreal upon arrival to San Antonio, Texas.